ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

          Plaintiff,

   -against-

JONATHAN L. SURGIL and JIMMY MATEUS, Individually, and as officers, directors, shareholders and/or principals of RICARDO LLC d/b/a RICARDO STEAKHOUSE a/k/a RICARDO'S STEAKHOUSE,

and

RICARDO LLC d/b/a RICARDO STEAKHOUSE a/k/a RICARDO'S STEAKHOUSE,

          Defendants.
-----------------------------------------------------------------

RULE 7.1 GENERAL RULES
SOUTHERN DISTRICT

Civil Action No. 07-CV-08105

PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN DISTRICT OF NEW YORK and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **J & J SPORTS PRODUCTIONS, INC.**

Dated: September 11, 2007
      Ellenville, New York

**J & J SPORTS PRODUCTIONS, INC.**

By: /s/Julie Cohen Lonstein
    JULIE COHEN LONSTEIN, ESQ.
    Attorney for Plaintiff
    Bar Roll No. JL8521
    LONSTEIN LAW OFFICE, P.C.
    Office and P.O. Address
    1 Terrace Hill : P.O. Box 351
    Ellenville, NY  12428
    Telephone:  (845) 647-8500
    Facsimile:   (845) 647-6277
    Email: Info@signallaw.com
    *Our File No.  07-4-S05V*