DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.<br>~ vs ~<br>JONATHAN L. SURGIL, ET AL | Plaintiff (s)<br>Petitioner (s)<br><br>Defendant (s)<br>Respondent (s) |

Trans. #: 20072020
Date Filed: 09/14/2007
Docket/Index #: 07 CIV 8105
Witness Fee: $0.00
File: No    Court Date:
Client Ref #: 07-4-S05V
MOUNTAIN SUPPORT SERVICES, INC.
1 TERRACE HILL
ELLENVILLE NY 12428

STATE OF NEW YORK: COUNTY OF SUFFOLK : SS:

**CURTIS DUNCAN**, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 5, 2007 at 08:46 PM, at , 2145 SECOND AVENUE , NEW YORK  NY 10029
deponent served the within  SUMMONS AND COMPLAINT IN A CIVIL ACTION
on **RICARDO LLC d/b/a RICARDO STEAKHOUSE a/k/a RICARDO'S STEAKHOUSE** defendant therein named.

**INDIVIDUAL**
By personally delivering to and leaving with said _____ a true copy thereof,
And that he knew the person so served mentioned and described in said_____
Defendant was identified by self admission

**CORPORATION [X]**
By delivering to and leaving with **RAPHAEL BENARITA**, at , 2145 SECOND AVENUE , NEW YORK , NY,10029 _____, and that he knew the person so served to be  the MANAGER  of the corporation, AUTHORIZED to accept service.
*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON**
By delivering a true copy thereof to and leaving with _____, a person of suitable age and discretion at _____ the said premise being the defendants / respondents    within the state of New York.

**AFFIXING TO DOOR, ETC.**
By affixing a true copy thereof to the door of the said premises, the same being the defendant's   within the State of New York.

**MAILING**
Deponent completed service under the last two sections by depositing a true copy of the _____
in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____  to the Above Address

**PREVIOUS ATTEMPTS**
Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age **45** Approximate weight **195** Approximate height **5'9"**  Sex **Male**
Color of skin **WHITE**  Color of Hair **BLACK**  Other _____

Deponent spoke with _____ who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

_____
CURTIS DUNCAN 1212924

Sworn to before me this 10/09/2007

_____
VINCENT J. GILLIS
Notary Public State of New York
No. 01GI4984594
Qualified in Suffolk County
Commission Expires July 29, 2011

Professional Process Servers LLC
1265 Sunrise Highway, Ste 107, Bay Shore, NY 11706
(631) 647-9470, Fax (631) 647-9468

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,
　　　　　　　Plaintiff,
　　　　V.

JONATHAN L. SURGIL and JIMMY MATEUS,
Individually, and as officers, directors, shareholders
and/or principals of RICARDO LLC d/b/a RICARDO
STEAKHOUSE a/k/a RICARDO'S STEAKHOUSE, and
RICARDO LLC d/b/a RICARDO STEAKHOUSE a/k/a
RICARDO'S STEAKHOUSE,
　　　　　　　Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8105
JUDGE PATTERSON**

TO: (Name and address of Defendant)

RICARDO LLC d/b/a RICARDO STEAKHOUSE a/k/a RICARDO'S STEAKHOUSE
2145 2nd Avenue
New York, New York  10029　　　　Our File No. 07-4-S05V

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York  12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON　　　　　　　　　　　　SEP 1 4 2007

CLERK　　　　　　　　　　　　　　　　　　　　　DATE

_/s/ Marcos Quintero_
(By) DEPUTY CLERK