ECF CASE
JUDGE PATTERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

     Plaintiff,

 -against-

JONATHAN L. SURGIL and JIMMY MATEUS,
Individually, and as officers, directors,
shareholders and/or principals of RICARDO LLC
d/b/a RICARDO STEAKHOUSE a/k/a
RICARDO'S STEAKHOUSE,

and

RICARDO LLC d/b/a RICARDO STEAKHOUSE
a/k/a RICARDO'S STEAKHOUSE,

     Defendants.
-----------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No. 07-CV-08105
HON. ROBERT P. PATTERSON, JR.

 The undersigned certifies that on the **5th** day of November, 2007 your deponent notified the Defendant of the upcoming November 28, 2007 Conference, via Telephone and served the following documents by regular mail:

      Conference Order
upon the following:

Jonathan L. Surgil
170 E. 83rd St. Apt 2G
New York, NY 10028

Ricardo, LLC.
2145 Second Ave.
New York, NY 10029

Jimmy Mateus
3339 84th St.
Jackson Heights, NY 11372

      /s/ Julie Cohen Lonstein
      Julie Cohen Lonstein, Esq.