

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07

RECEIVED
NOV 16 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

11/16/2007

945-5496
FAX #

Ricardo Steak House
2145 2nd Ave
110th & 111th Street
New York, NY 10029

**MEMO ENDORSED**

Re: J & J Sport's productions, Inc. v. Jonathan L Surgil, et al
   Event: May 5, 2007- DeLaHoya / Mayweather Program
   File No. 07-4-S05V
   Civil Action No. 07-CV-8105-RPP-7M

Hon. Robert P. Patterson:

   I write this letter to postpone the court conference that will take place on Wednesday November 28, 2007, at 9:00 A.M. in courtroom 24A.

   I ask if I can get a new citation for two months from the active conference date. The reason for postponing the conference is that the letter was sent on November 5th and I received it three days later. I still don't have a counsel. I'm in the process of retaining counsel.

   Thank you for understanding. If you have any questions please feel free to contact me at: 1-718-945-5494.

Sincerely,
Jimmy Mateus

*Application granted in part. Defendant will have until 12/14/07 to obtain an attorney. Conference 12/14/07 at 9:30 AM. So ordered. Robert P. Patterson USDJ 11/16/07*