UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,

           Plaintiff,

-against-

JONATHAN L. SURGIL and JIMMY MATEUS,
Individually, and as officers, directors, shareholders
and/or principals of RICARDO LLC d/b/a
RICARDO STEAKHOUSE a/k/a RICARDO'S
STEAKHOUSE,

and

RICARDO LLC d/b/a RICARDO STEAKHOUSE
a/k/a RICARDO'S STEAKHOUSE,

           Defendants.

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07
```

**NOTICE OF DISMISSAL**
Civil Action: 07-CV-8105-RRP-7M
HON. Robert P. Patterson, Jr.

  **PLAINTIFF, J & J SPORTS PRODUCTIONS, INC.,** hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, herewith notifies the Court of the settlement of the above-styled action and moves to dismiss their claim against Defendants with prejudice and without costs pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure.

Dated: December 12, 2007
   Ellenville, New York

                   J & J SPORTS PRODUCTIONS, INC.
                   By: _____
                   JULIE COHEN LONSTEIN, ESQ.
                   Attorney for Plaintiff
                   LONSTEIN LAW OFFICE, P.C.
                   Office and P.O. Address
                   1 Terrace Hill : P.O. Box 351
                   Ellenville, NY 12428
                   Telephone: (845) 647-8500
                   Facsimile: (845) 647-6277
                   *Our File No. 07-4-S05V*

SO ORDERED this ___ day of _____ 2007

_____
HON. ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE